UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NICHOLAS GALLENBERGER,

    Plaintiff,

v.                            Case No. 18-cv-0956-bhl

BROWN COUNTY, et al.,

    Defendants.

---

## ORDER

---

    The Court has been advised that a settlement has been reached in this action. Dkt. Nos. 65, 66. In accordance with the parties' stipulation, **IT IS ORDERED** that all claims against Defendants Dr. Ayedemi Fatoki, Nurse Jessica Jones and Nurse Emily Blozinski, along with Brown County, its employees and officials including but not limited to Sheriff John Gossage and Jail Administrator Larry Malcolmson, which have been or could have been brought in this action are **DISMISSED with prejudice** and without costs, fees and disbursements. As to the claims against the remaining Defendants, all that remains to be done is the execution of documents and/or delivery of funds, if so required, in accordance with the parties' agreement. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

    **IT IS FURTHER ORDERED** that within thirty days from the date of this order, the remaining parties shall file stipulations for dismissal. Failure to comply with this order may result in dismissal with prejudice pursuant to Civil Local Rule 41(c) for failure to prosecute this action in a timely manner.

    Dated at Milwaukee, Wisconsin this 28th day of June, 2021.

                                                  BY THE COURT:

                                                  s/ *Brett H. Ludwig*
                                                  BRETT H. LUDWIG
                                                  United States District Judge